**Order entered January 5, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-01051-CV

**LEONARD M. CHERMACK AND JANET CHERMACK, Appellants**

**V.**

**NATIONSTAR MORTGAGE COMPANY LLC, Appellee**

**On Appeal from the 471st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 471-03076-2017**

### ORDER

Before the Court is Collin County District Clerk Lynne Finley's January 4, 2021 request for an extension of time to file the clerk's record. We **GRANT** the request and **ORDER** the clerk's record be filed no later than January 11, 2021.

/s/ ROBERT D. BURNS, III
   CHIEF JUSTICE